UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
Dale Layne,

                                Plaintiff,                        JUDGMENT
      v.                                                           25-CV-00021 (HG)

Brooklyn Craft Productions, LLC,

                                Defendant.
-----------------------------------------------------------------X

       A Memorandum and Order of the Honorable Hector Gonzalez, United States District Judge, having been filed on May 28, 2025, dismissing Plaintiff's claims with prejudice for failure to prosecute pursuant to Rule 41(b); it is

       ORDERED and ADJUDGED that Plaintiff's claims are dismissed with prejudice for failure to prosecute pursuant to Rule 41(b).

Dated: Brooklyn, New York                                    Brenna B. Mahoney
       May 29, 2025                                              Clerk of Court

                                                               By:    */s/Jalitza Poveda*
                                                                          Deputy Clerk